(123 So. 926)

**T. M. PATTERSON, Solicitor, v. James A. HURST.   (4 Div. 570.)**

Court of Appeals of Alabama.   June 29, 1929.

T. M. Patterson, of Clayton, and McDowell & McDowell, of Eufaula, for appellant.
Sollie & Sollie, of Ozark, for appellee.

PER CURIAM.  Affirmed.

(128 So. 922)

**N. L. PATTERSON v. J. ESKIND & SONS.
8 Div. 58.**

Court of Appeals of Alabama.
May 13, 1930.

Wallace C. Porter, of Florence, for appellant.
Lawrence A. May, of Florence, for appellee.

SAMFORD, J.
Affirmed.

(124 So. 924)

**Arthur PATTERSON v. STATE.   (7 Div. 541.)**

Court of Appeals of Alabama.   June 25, 1929.
Rehearing Denied Oct. 8, 1929.

Pruet & Glass, of Ashland, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.  Affirmed.

(123 So. 926)

**Jim PAYNE v. STATE.   (6 Div. 665.)**

Court of Appeals of Alabama.   Oct. 8, 1929.

PER CURIAM.   Appeal dismissed on motion of appellant.

(125 So. 925)

**Peter L. PEARSON v. STATE.   (6 Div. 704.)**

Court of Appeals of Alabama.   Dec. 10, 1929.

BRICKEN, P. J.  From a judgment of conviction for the offense of manufacturing, etc., prohibited liquors, and a sentence to perform hard labor in the penitentiary for an indeterminate term of imprisonment, an appeal was taken to this court.

The appeal here is upon the record proper only, there being no bill of exceptions. We note in the transcript a certificate of the trial judge that no bill of exceptions has been presented in this case. The record proper is regular in all things. No error appearing, the judgment of conviction in the lower court, from which this appeal was taken, will stand affirmed.

Affirmed.

(128 So. 923)

**Will PEARSON v. STATE.
7 Div. 654.**

Court of Appeals of Alabama.
June 10, 1930.

SAMFORD, J.
Appeal dismissed.

(121 So. 924)

**Homer PEAVEY v. STATE.   (5 Div. 753.)**

Court of Appeals of Alabama.   April 16, 1929

SAMFORD, J.   Appeal dismissed.